Prob 22 (Rev. 03/97)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Transferring Court)<br>0:01CR00078-001(PAM/JGL)<br>DOCKET NO. (Receiving Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Clyde Melvin Priest III | MINNESOTA | Minneapolis | |
| | NAME OF SENTENCING JUDGE<br>Paul A. Magnuson | | |
| | DATES OF SUPERVISION | FROM<br>10/14/2003 | TO<br>10/13/2006 |

OFFENSE

Possession of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Boise upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Jan 14, 2005
Date

Paul A. Magnuson United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF BOISE

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

1/26/2005
Effective Date

United States District Judge